UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ADRIAN RYNALL MASCHO, <br><br> Plaintiff, <br><br> v. <br><br> JOHN WIESE, DAVID BUTLER, MARK SICKAFOOSE, REED, K. RAY, and LEMONS, <br><br> Defendants. | CAUSE NO. 1:22-CV-142-HAB-SLC |

OPINION AND ORDER

Adrian Rynall Mascho, a prisoner without a lawyer, filed an amended complaint with three groups of unrelated claims. ECF 6. In paragraphs 4 and 14, he alleges Bailiff Reed/Reid did not protect him from being assaulted at the courthouse on April 1, 2022. In paragraph 15, he alleges defendants K. Ray and Lemons forced him to go to court on April 29, 2022. In the other paragraphs, he alleges Deputy John Wiese, Deputy Chief David Butler, and Deputy Captain Mark Sickafoose did not properly investigate his March 13, 2022, grievance causing him to lose access to the phone and visitation.

"[U]nrelated claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). When a plaintiff files a complaint with unrelated or mis-joined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in the current case and when (or if) to bring the other claims in separate suits. *See Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012) (District courts may direct a plaintiff "to file separate

complaints, each confined to one group of injuries and defendants."). Mascho needs to decide which related claims he wants to pursue in this case. He needs to put this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his law library. If he wants to pursue either or both of the other unrelated claims, he needs to file a separate complaint under a new case number.

For these reasons, the court:

(1) GRANTS Adrian Rynall Mascho until **July 13, 2022**, to file an amended complaint; and

(2) CAUTIONS Adrian Rynall Mascho if he does not respond by the deadline, the court will select related claims and dismiss the others.

SO ORDERED on June 3, 2022.

                                s/ *Holly A. Brady*
                                JUDGE HOLLY A. BRADY
                                UNITED STATES DISTRICT COURT